IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID SCOTT CLAPP,

    Plaintiff,

  v.

    Case No. 17-cv-443-wmc

AMY MORALES, REBECCA PETERSON,
AND SGT. SMETANA,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 01/06/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |